UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20533-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODERICK NICHOLAS JONES,

        Defendant.
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on September 5, 2019, a hearing was held to determine whether defendant **RODERICK NICHOLAS JONES** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that the defendant **RODERICK NICHOLAS JONES** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida with possession with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). Therefore, the defendant is charged with a

narcotics offense for which a maximum sentence of more than ten (10) years is prescribed, resulting in a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Title 18, United States Code, Section 3142(e) and (f).

2. The weight of the evidence against the defendant is substantial. The government has proffered that on or about September 1, 2017, the defendant approached an undercover DEA agent ("UC") and asked if the UC was looking for "boy," a slang term for heroin. The defendant gave the UC his telephone number and through a series of telephone calls they arranged for the purchase of seven grams of heroin in exchange for $600. On September 26, 2017, the defendant provided the UC with approximately 700 milligrams of fentanyl.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on May 16, 1983 in Miami, Florida. The defendant has been arrested approximately 40 times in 25 years. The defendant's extensive criminal history includes arrests for battery, aggravated battery, strongarmed robbery, probation violations and various drug offenses. At the time of the instant offense, the defendant was on bond for an arrest for throwing a deadly missile. Title 18, United States Code, Section 3142(g)(3)(A).

4. Based on the seriousness of this offense, the defendant's extensive criminal history which includes violent crimes and narcotics, the defendant constitutes a danger to persons in the community and would likely continue to engage in unlawful conduct if released on bond. The Court specifically finds by clear and convincing

evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **5th** day of September, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Court Judge Moreno
Pretrial Services
All counsel of record